1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8

CARL ETHRIDGE,

9

Plaintiff,

10

v.

11

JOHN DOE, et al.,

12

Defendants.

13

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:12-cv-02088-AWI-SAB (PC)

ORDER DIRECTING PLAINTIFF TO FILE
OPPOSITION OR STATEMENT OF NON-
OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS PURSUANT TO LOCAL RULE 230(l)

[ECF No. 24]

14

15        Plaintiff Carl Ethrdige is appearing pro se and in forma pauperis in this civil rights action

16   pursuant to 42 U.S.C. § 1983.

17        On July 31, 2014, Defendants filed a motion to dismiss the complaint pursuant to Rule

18   12(b)(6) of the Federal Rules of Civil Procedure.  To date, Plaintiff has not responded.

19        Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a

20   statement of non-opposition to Defendants' motion **within twenty-one (21)** days.  **Plaintiff is warned**

21   **that the failure to comply with this order will result in dismissal of the action for failure to**

22   **prosecute**.

23

24   IT IS SO ORDERED.

25   Dated:   __**September 11, 2014**__                    _____

26                                                        UNITED STATES MAGISTRATE JUDGE

27

28

1