**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL ETHRIDGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02088-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION<br><br>[ECF No. 43] |

　　　　Plaintiff Carl Ethrdige is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 8, 2015, Defendants filed a motion to extend the dispositive motion deadline to forty-five days after the district judge issues an order on Defendants' exhaustion motion. (ECF No. 43.) On November 13, 2015, the undersigned issued Findings and Recommendations recommending to grant Defendants' exhaustion motion. (ECF No. 42.)

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants have forty-five days following the district judge's order resolving their exhaustion motion.

IT IS SO ORDERED.

Dated: __**December 9, 2015**__　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1